**Order filed, August 17, 2016.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-16-00456-CV

————————

### SEAN MCADOO AND TERA MCADOO, Appellant

### V.

### KATY RANCH LUXURY APARTMENTS, Appellee

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1076988**

---

## ORDER

The reporter's record in this case was due **August 01, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Jenine Redden**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM